*Nov. Term,*
**1837.**

*GRAY v. WOODS.*— In error.

DOUGHERTY
v.
MASON.          EQUITY relieves against mistakes, as well as against fraud,
*Monday,*       in a deed or other written contract; and parol evidence is
*December* 11.  admissible to prove the mistake, though it be denied in the
| Case 1. |     answer. *Gillespie et ux.* v. *Moon,* 2 Johns. C. R. 585. But
| 4b 432 |      equity will not interpose in such case, unless there be the
| 138 187 |     clearest and most satisfactory proof of the mistake and of the
| Case 1. |     agreement between the parties. *Lyman* v. *The United Ins.*
| 4b 432 |      *Co.*, Id. 630.
| 146 340 |

The notice to a purchaser of a previous unrecorded convey-
ance for the land is not binding, unless it be given by a
person interested in the property, and in the course of the
treaty for the purchase. A purchaser will not be bound by
notice in a previous transaction which he may have forgotten.
Sugd. on Vend. 490.

---

DOUGHERTY v. MASON.—In error.

*Monday,*       IF the papers in an appeal from the judgment of a justice
*December* 11.  be not filed in time, the appellee may, for that reason, have
the appeal dismissed on motion; but if, without making the
objection, he go to trial on the merits, the objection is waiv-
ed (1).

The circumstance, that on a trial of a cause before *A. B.* a
justice, without a jury, the justice was, with consent of par-
ties, assisted by *C. D.* another justice, who sat and consulted
with him on the trial, is no objection to the judgment pro-
nounced in the cause by *A. B.*

(1) The justice's failure to file the papers in time is not now a cause for
dismissing the appeal. Stat. 1839, p. 37.